UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER MACKALL,

        Plaintiff,

v.                                                                  No. 05-60078

VICKI MCCABE et al.,                              HON. JOHN CORBETT O'MEARA

        Defendants,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Majzoub's Report and Recommendation as well as any objections filed thereto,

**IT IS ORDERED** that the Reports and Recommendations are **ADOPTED** and entered as the findings and conclusions of this Court.

**IT IS FURTHER ORDERED** that plaintiff's motion for injunctive relief is **DENIED.**


        s/John Corbett O'Meara
        John Corbett O'Meara
        United States District Judge

Dated: November 1, 2005