UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY MACKALL,

        Plaintiff,

v.                                                          No. 05-60078

VICKI MCCABE,                          HON. JOHN CORBETT O'MEARA

        Defendant,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE MONA MAJOUB'S REPORT AND RECOMMENDATION

    This matter has come before the Court on the Magistrate Judge's Report and Recommendation as well as any objections filed thereto,

    **IT IS ORDERED** that the Reports and Recommendations are **ADOPTED** and entered as the findings and conclusions of this Court.

                                               s/John Corbett O'Meara
                                               John Corbett O'Meara
                                               United States District Judge

Dated:  April 26, 2006