UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY MACKALL,

        Plaintiff,

v.                                                       No. 05-60078

VICKI MCCABE,                      HON. JOHN CORBETT O'MEARA

        Defendant,

_____/

## JUDGMENT

This action came before the Court, Honorable John Corbett O'Meara, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

**IT IS ORDERED** and **ADJUDGED** that defendant's Motion to Dismiss is **GRANTED**.

Dated at Ann Arbor, Michigan this   26th   day of April,  2006.

                                                                           DAVID WEAVER, CLERK

                                                                           s/John Corbett O'Meara
                                                                            Denise Goodine, Deputy Clerk

APPROVED:

s/John Corbett O'Meara
JOHN CORBETT, O'MEARA
UNITED STATES DISTRICT JUDGE